UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| DENVER SUTTON and ABNER SUTTON, Individually and as the Natural Parents and Guardians of T.S., a Minor, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CIVIL ACTION NO. CV114-152 |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW the parties in the above-styled action, and file this Stipulation of Voluntary Dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., as to all claims by and between the parties.

FOR THE PLAINTIFFS:

*/s/ Geoffrey E. Pope*
Geoffrey E. Pope, Esquire
Pope & Howard, PC
945 Paces Ferry Road, NE, Suite 2525
Atlanta, Georgia 30326

FOR THE DEFENDANT:

EDWARD J. TARVER
UNITED STATES ATTORNEY

*/s/ Shannon H. Statkus*
Shannon Heath Statkus
Assistant United States Attorney
Southern District of Georgia
South Carolina Bar No. 70410
Post Office Box 2017
Augusta, Georgia 30903
(706) 724-0517

/s/ J/ Thomas Clarkson
J. Thomas Clarkson
Assistant United States Attorney
Georgia Bar No. 656069
Post Office Box 8970
Savannah, Georgia 31401
(912) 652-4422

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                           */s/ Shannon H. Statkus*
                                           Shannon H. Statkus
                                           Assistant United States Attorney