IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
DENVER SUTTON and ABNER        *
SUTTON, individually and as    *
the Natural Parents and        *
Guardians of T.S., a Minor,    *
                               *
     Plaintiffs,               *
          v.                   *     1:14-cv-152
                               *
UNITED STATES OF AMERICA,      *
                               *
     Defendant.                *
                               *
                               *
```

ORDER

Presently before the Court is the parties' Stipulation of Voluntary Dismissal with Prejudice. (Doc. 33). The parties have agreed to dismiss the above-referenced action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the Court **DISMISSES WITH PREJUDICE** all claims asserted in this matter. The Clerk **SHALL TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of October, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA